

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

INDICTMENT

DESIGNATION FORM to be used by counsel to indicate the category of the case for the purpose of assignment to appropriate calendar.

Address of Plaintiff:   615 Chestnut Street, Suite 1250, Philadelphia, PA 19106-4476

Post Office: __Philadelphia__          County: __Philadelphia__

City and State of Defendant:   __Allentown, PA__

County: __Lehigh__          Register number: __N/A__

Place of accident, incident, or transaction:   __Eastern District of Pennsylvania__

Post Office: __Fogelsville__          County: __Lehigh__

RELATED CASE, IF ANY:

Criminal cases are deemed related when the answer to the following question is "yes".

Does this case involve a defendant or defendants alleged to have participated in the same action or transaction, or in the same series of acts or transactions, constituting an offense or offenses?

YES/NO: No

Case Number: _____          Judge: _____

CRIMINAL:   (Criminal Category - FOR USE BY U.S. ATTORNEY ONLY)

1.   ○ Antitrust

2.   ○ Income Tax and other Tax Prosecutions

3.   ○ Commercial Mail Fraud

4.   ○ Controlled Substances

5.   ○ Violations of 18 U.S.C. Chapters 95 and 96 (Sections 1951-55 and 1961-68) and Mail Fraud other than commercial

6.   ● General Criminal

(U.S. ATTORNEY WILL PLEASE DESIGNATE PARTICULAR CRIME AND STATUTE CHARGED TO BE VIOLATED AND STATE ANY PREVIOUS CRIMINAL NUMBER FOR SPEEDY TRIAL ACT TRACKING PURPOSES)

18 U.S.C. § 2422(b) and (enticement of a minor - 1 count); and Notice of forfeiture

DATE: 5/10/16

SHERRI A. STEPHAN
Assistant United States Attorney

File No. 2015R00326
U.S. v. GEORGE WILLIAM SCHANTZ