IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA : CRIMINAL
:
v. :
: NO. 16-202
George William Schantz :

## CONDITIONS OF RELEASE ORDER

**BAIL**

FILED
MAY 18 2016
MICHAEL E. KUNZ, Clerk
By_____Dep Clerk

Defendant is released on bail in the amount of: $ 50,000
  __X__ O/R
  _____ cash
  _____ secured by:
       _____ % cash
       _____ property at:
       _____ Waiver of Clerk's office requirements - Execute an Agreement to Forfeit the
Property stated above with a copy of the deed as indicia of ownership.

**PRETRIAL SERVICES**

__X__ Defendant shall report to Pretrial Services:
       __X__ as directed by Pretrial Services.
       _____ times per week **in person**.
       _____ times per week **via telephone**.

_____ Defendant shall attend mental health services under the guidance and supervision of Pretrial Services.
_____ Defendant shall submit to **random drug testing** as directed by Pretrial Services.
_____ Defendant shall undergo **drug/alcohol treatment** if necessary as determined by Pretrial Services.
__X__ Defendant shall submit to **electronic monitoring** at the following address:

8863 Canaris Drive, Kempton PA 19529

__X__ This Court, based upon evidence that Defendant has adequate financial resources, finds that he/she shall pay all or part of the cost of the court-ordered monitoring program, in an amount to be specified by Pretrial Services.

_____ **Curfew.** You are restricted to your residence every day from_____ to _____, during which electronic monitoring will be in place, or as directed by the pretrial services office or supervising officer.

__X__ **Home Detention.** You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities approved in advance by the pretrial services office or supervising officer;

_____ **Home Incarceration.** You are restricted to 24-hour-a-day lock-down at your residence except for medical necessities and court appearances or other activities specifically approved by the court.

### PASSPORT

__X__ Defendant shall surrender and/or refrain from obtaining a **passport**.

### TRAVEL

__X__ Travel is restricted to the **Eastern District of Pennsylvania**.
_____ Travel is restricted to the                     .
__X__ Unless prior permission is granted by Pretrial Services beyond these districts.

### FIREARMS

__X__ Defendant shall surrender and/or refrain from obtaining any firearms. Any other firearms in any premises where the defendant resides while on supervised release must be removed from the premises and no firearms are to be brought into the premises during this period. The defendant shall execute a completed Prohibition on Possession of Firearms Agreement.

### MISCELLANEOUS

__X__ Defendant shall have no contact with **co-defendants, potential witnesses** in this case, or individuals engaged in any **criminal activity**.
__X__ Defendant must maintain present **employment**.
_____ Defendant must **actively seek** gainful employment.
_____ Defendant shall undergo a **mental competency** evaluation.
__X__ Defendant must reside:
at: _8863 Canaris Drive Drive_
_Kempton, PA 19529_
**with:**

### COMPUTERS/INTERNET

_____ The Defendant is subject to the following computer/internet restrictions which are to be monitored by U.S. Pretrial Services and may include manual inspection, use of minimally invasive internet detection devices, and/or installation of computer monitoring software to insure compliance with the imposed restrictions.

__X__ **No computer:** The Defendant is prohibited from possession and/or use of any computers and connected devices.

_____ **Computer, no internet access:** The Defendant is permitted use of computers or

connected devices, but is not permitted access to the Internet (as World Wide Web, FTP sites, IRC servers, instant messaging).

_____**Computer with internet access**: The Defendant is permitted use of computers or connected devices, is permitted access to the internet for legitimate purposes, and is responsible for any fees connected with the installation and use of monitoring software.

_____**Other Residents**: By consent of other residents, all computers located at the address of record shall be subject to inspection to insure the equipment is password protected.

_____**Other Restrictions**:


**OTHER CONDITIONS:**

Defendant may not coach baseball or any other child sport or program. And defendant may not have any unsupervised contact with any minor.

As a further condition of release, defendant shall not commit a Federal, State, or local crime during the period of release. The commission of a Federal offense while on pretrial release will result in an additional sentence of a term of imprisonment of not more than 10 years, if the offense is a felony; or a term of imprisonment of not more than 1 year, if the offense is a misdemeanor. This sentence shall be in addition to any other sentence.


It is so ORDERED this __16th__ day of __May__, 2016.

BY THE COURT:

S/HENRY S. PERKIN
UNITED STATES MAGISTRATE JUDGE


Last Revised: 2-19-14